UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-CR-123-T-30EAJ

OSCAR PEREZ

### MOTION TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Florida hereby requests the Court to grant the Motion to Dismiss the Indictment which is pending against the defendant, without prejudice. The defendant has been determined to be a person under 18 years of age.

WHEREFORE, the United States respectfully requests that this Court grant the Motion to dismiss the Indictment against OSCAR PEREZ in Case No. 8:08-CR-123-T-30EAJ.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: /s/ Eduardo E. Toro-Font
EDUARDO E. TORO-FONT
Assistant United States Attorney
AUSA No. 40
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6331
Facsimile: (813) 274-6178
E-mail: eduardo.toro-font@usdoj.gov

### ORDER

Leave of Court is granted for the filing of the foregoing Order of Dismissal.

Dated: July 10, 2008

JAMES S. MOODY, JR.
United States District Judge